HERMAN HENGGLER v. MORRIS COHN.

Argued February 18, 1902—Decided June 9, 1902.

A master is not liable for an injury caused by the breaking of a hinge which connected two parts of a ladder, for the defect, if obvious, could have been seen by the plaintiff, and if due to a latent defect, could not have been ascertained by the master by an inspection.

On rule to show cause.

Before GUMMERE, CHIEF JUSTICE, and Justices VAN SYCKEL, GARRISON and GARRETSON.

For the plaintiff, *William H. Osborne.*

For the defendant, *Louis Hood.*

PER CURIAM.

The nonsuit in this case was properly directed. The cause of the accident was the breaking of a hinge which connected two parts of a ladder together. Assuming the fact to be, as plaintiff contended, that the hinge was unsafe, and the ladder dangerous on this account, this condition would have been perfectly obvious to the plaintiff upon inspection, unless it was due to a latent defect, which the master himself could not have ascertained by an inspection on his part.

We do not think that the evidence taken subsequent to the trial, upon rule, is newly-discovered evidence within the meaning of that term. We have, however, examined it, and do not think it would justify the direction of a new trial.

The rule to show cause is discharged.